## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

FRANCISCO NOE CRUZ-CRUZ, et al.,

      Petitioners,

v.                                                                CIVIL ACTION NO.   3:26-cv-00404

DAVID VENTURELLA, et al.,

      Respondents.

### ORDER TO SHOW CAUSE

Upon consideration of the Petitioners' Verified Petition for a Writ of Habeas Corpus, (ECF No. 1), **IT IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Wednesday, June 17, 2026, at 5:00 P.M.**

2. Petitioners shall have an opportunity to file a reply by **Friday, June 19, 2026, at 12:00 P.M.**

3. This matter shall be heard by this Court on **Monday, June 22, 2026, at 1:30 P.M.**

4. Respondents shall not remove or facilitate the removal of Petitioners from the Southern District of West Virginia pending further order of the Court.  To the extent Petitioners have already been removed from this jurisdiction, Respondents shall not transport Petitioners to a geographically further location or remove Petitioner from the United States pending further order of the Court.

5. Respondents shall afford Petitioners the opportunity to confidentially consult with counsel so long as they remain in custody and shall facilitate future requests for phone calls by counsel within twenty-four (24) hours of counsel's requests.

6. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention is accounted for and that all such property can be immediately made available to Petitioner in the event Petitioner is released. To the extent the Petitioners' property has already been removed from this

jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioners at the time of their release in the event the Petitioner are released.

7.	Service of this Order shall be made by Petitioners on the United States Attorney for the Southern District of West Virginia **FORTHWITH but no later than 5:00 P.M. on Monday, June 15, 2026,** and shall constitute good and sufficient service on the federal defendants.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:	June 15, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE