IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FRANCISCO NOE CRUZ-CRUZ, et al.,

        Petitioners,

v.                                         CIVIL ACTION NO.   3:26-cv-00404

DAVID VENTURELLA, et al.,

        Respondents.

**ORDER**

Pending before the Court is a Petition for Writ of Habeas Corpus (the "Petition") filed by Petitioners Francisco Noe Cruz-Cruz, Atilano Mayo Jimenez, and Brianna Alanis ("Petitioners"). (ECF No. 1.)   The Respondents filed a response, in which they assert that this matter can be decided without a hearing.   (ECF No. 6.)

Indeed.   Petitioners are the latest on a long list of individuals who have been unlawfully detained without due process by the United States Immigration and Customs Enforcement ("ICE"). This Court has thoroughly and repeatedly addressed the legal issues involved and has long since rejected the Government's position as contrary to established law.   *See Izaguirre v. Mason*, No. 2:26-CV-00121, 2026 WL 561235, at *3–5 (S.D. W. Va. Feb. 27, 2026) (Goodwin, J.) ("The Government is wrong. Judges in this district have said that over and over and over again.").   In fact, this Court has explicitly warned the Government of the potential repercussions of continuing to engage in identical, unconstitutional conduct.   *See id.* at *5–6.

1

Yet, the Government's unconstitutional practices and meritless arguments persist. *See Barcarcel Perez v. Mason*, No. 2:26-cv-00108, 2026 WL 508816, at *1 n.1 (S.D. W. Va. Feb. 20, 2026) (Berger, J.) (noting that the Government stated its "inten[t] to continue to arrest and detain people in this district under the same circumstances and based on the same legal justifications that all four district judges to address the matter have found to be illegal and unconstitutional"). The copy and paste response of the same, rejected arguments erodes the public trust in the Government attorneys tasked with upholding the rule of law and ensuring that "the laws be faithfully executed." *Cf. About the U.S. Attorneys' Offices*, Offices of the United States Attorneys, https://www.justice.gov/usao (last visited June 22, 2026). Even worse, ICE's continued unconstitutional conduct despite repeated judicial findings of illegality erodes the public's respect for the law itself. After all, when the government "fails to observe the law scrupulously . . . it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy." *See Olmstead v. United States*, 277 U.S. 438, 485 (1928).

Thus, for the same reasons the Court has steadfastly explained,[1] the Petition, (ECF No. 1), is **GRANTED**. Respondents are **ORDERED** to **RELEASE PETITIONERS IMMEDIATELY** from civil immigration custody, and the Court further **ORDERS** that any personal possessions belonging to Petitioners, including identification and other documentation to include legal documents, be returned to him. The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners pending further order of this Court.

---

[1] This ruling is based on the Court's prior opinion, *Briceno Solano v. Mason*, No. 2:26-cv-00045, --- F. Supp. 3d ---, 2026, WL 311624 (S.D. W. Va. Feb. 4, 2026), which is adopted in its entirety, as well as other recent opinions of this Court, *see, e.g.*, *Larrazabal-Gonzalez v. Mason*, No. 2:26-CV-00049, ---F.Supp.3d ---, 2026 WL 221706 (S.D. W. Va. Jan. 28, 2026) (Goodwin, J.); *Gutierrez Aroca v. Mason*, No. 2:26-CV-00057, --- F. Supp. 3d ---, 2026 WL 357872 (S.D. W. Va. Feb. 9, 2026) (Goodwin, J.); *Gonzalez v. Aldridge*, No. CV 3:26-0055, 2026 WL 313476 (S.D. W. Va. Feb. 5, 2026) (Chambers, J.); *Umarov v. Mason*, No. 2:26-CV-00081, 2026 WL 381614 (S.D. W. Va. Feb. 11, 2026) (Berger, J.).

The Show Cause Hearing previously scheduled for June 22, 2026, is therefore **CANCELLED**.   The Clerk is **DIRECTED** to remove this matter from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       June 22, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE